RECEIVED

JUL 1 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 98-30010 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ANDREW T. CREECH | MAG. JUDGE KAREN L. HAYES |

### ORDER

Petitioner has requested that this Court permit him to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915.

Upon review of the record, the Court finds that petitioner has failed to submit a complete application to proceed *in forma pauperis* as required by § 1915(a). The relevant portion of this statute provides that a prisoner seeking to appeal a judgment of the district court without prepayment of fees or security therefore shall submit:

1. An affidavit that includes a statement of all assets he possesses; and

2. A certified copy of his prisoner account statement for the last six months, obtained from the appropriate official at the prison or correctional facility; and

3. A signed form authorizing the institution of incarceration to forward from his account to the Clerk of Court any partial filing fee assessed by the Court and to forward monthly payments thereafter of 20 percent of the prisoner's preceding month's income credited to his prison account until the full amount of the filing fee is paid.

Petitioner has submitted the affidavit, but has failed to submit the other two documents. Only after receiving all three documents listed above, and determining that the prisoner is unable

to pay the full filing fee, will the court allow the prisoner to proceed *in forma pauperis*.

Therefore, in accordance with the above, IT IS HEREBY ORDERED that petitioner shall submit, within twenty days of the date of this order, an inmate account summary for the past six months of incarceration completed by the prison accounts officer. Failure to do so may result in dismissal of petitioner's appeal or other appropriate sanctions.

MONROE, LOUISIANA, this 15 day of July, 2005

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE